**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6480**

DAVID E. SIMPSON,

                    Petitioner – Appellant,

          v.

ANGELA DUNBAR,

                    Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge.  (5:12-hc-02096-FL)

Submitted:  July 18, 2013            Decided:  August 6, 2013

Before MOTZ, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David E. Simpson, Appellant Pro Se.  Michael Lockridge, Special
Assistant United States Attorney, Butner, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David E. Simpson, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2013) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Simpson v. Dunbar, No. 5:12-hc-02096-FL (E.D.N.C. Mar. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED